[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12950
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00010-JRH-BKE-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES BUTLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(February 11, 2015)

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brendan N. Fleming, appointed counsel for James Butler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Butler's conviction and sentence are **AFFIRMED**.